# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE STRZELCZYK,        :    No. 88 MM 2016

           Petitioner        :

           v.        :

PENNA BOARD OF PROBATION AND    :
PAROLE,        :

           Respondent        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.